## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| RACHEL BUCHHOLZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-CV-6004-SJ-BP |
| | ) | |
| GENERAL MOTORS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rachel Buchholz and Defendant General Motors LLC hereby jointly file this stipulation of dismissal with prejudice, with each party to bear their own costs, except as otherwise agreed.

DATED: August 13, 2024

Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

/s/ Eric L. Dirks
Eric L. Dirks MO #54921
Matthew L. Dameron MO #52093
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel:   (816) 945-7110
Fax:   (816) 945-7118
dirks@williamsdirks.com
matt@williamsdirks.com

*Counsel for Plaintiff*

--and--

/s/ April N. Ross
April N. Ross (admitted *pro hac vice*)
Rachel P. Raphael (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

Telephone: 202-739-3000
Facsimile: 202-739-3001
april.ross@morganlewis.com
rachel.raphael@morganlewis.com
*Attorneys for General Motors LLC*