IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| RACHEL BUCHHOLZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 23-06004-CV-SJ-BP |
| GENERAL MOTORS LLC, ) | |
| ) | |
| Defendant. ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 13th day of August 2024, a Joint Stipulation of Dismissal with Prejudice was filed herein,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** with prejudice Against General Motors LLC. Each party to bear their own costs, except as otherwise agreed.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
/s/ **Shauna Murphy-Carr**
Deputy Clerk

Date: August 14, 2024